— **EXHIBIT A** —



Secure Processing Center
P.O. Box 680
Central Islip, NY 11722-0680


Postal Endorsement Line
<<Full Name>>
<<Address 1>>
<<Address 2>>
<<Address 3>>
<<City>>, <<State>> <<Zip>>
<<Country>>
***Postal IMB Barcode


<<Date>>

**<<Variable Data 1>>**

Dear <<Full Name>>:

DotHouse Health ("DotHouse") writes to inform you of an event that may have impacted certain information related to you. Although there is no indication of a specific impact to your information nor any identity theft or fraud in relation to this event, we are providing you with information about the event, our response, and resources available to you to help you protect your information, should you feel it appropriate to do so.

**What Happened?** On November 28, 2022, DotHouse became aware that certain computer systems in our environment were exhibiting suspicious activity. We promptly took steps to secure our systems and launched an investigation, with the assistance of cybersecurity specialists, to determine the full nature and scope of the event. We also promptly reported the event to federal law enforcement and governmental regulators. Our investigation determined that an unknown actor gained access to certain systems between October 31, 2022 and November 27, 2022, and appeared to have accessed or downloaded certain files stored on certain computer systems during that time. DotHouse's electronic medical records database was not impacted during the event.

Due to limitations in available evidence, we were not able to identify with specificity what information was impacted. In an abundance of caution, we undertook a review of the potentially involved files to determine what information was contained therein and to whom it related. Given the uncertainty regarding what, if any, files were actually impacted, we are notifying all patients whose information was contained in the systems at the time of the event and could have been affected.

**What Information Was Involved?** The types of information that was present in the systems and may have been impacted during the event varies by individual and could have included: full name, address, date of birth, medical record number, diagnosis/conditions, medications, other treatment information, and claims information. We have no indications any specific patent data was affected, and this letter is being issued in an abundance of caution.

**What We Are Doing.** The privacy and security of information is amongst our highest priorities. Upon identifying the event, we promptly launched an investigation to determine the nature and scope of the event while we worked quickly to secure our systems. Additionally, we reported the event to law enforcement and regulators and cooperated with their investigation. We further enhanced our existing security by implementing additional security measures to reduce the likelihood of a similar event occurring in the future. As an additional precaution, we are offering you access to <<CM Duration>> months of complimentary credit monitoring and identity restoration services through CyEx Identity Defense Complete.



**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements, credit reports, and explanations of benefits for suspicious activity and to detect errors. Any suspicious activity should be promptly reported to your health care provider, insurance company, or financial institution. You may also review the information contained in the enclosed *Steps You Can Take to Help Protect Personal Information*. There you will also find more information on the credit monitoring and identity restoration services we are making available to you. DotHouse is providing these services at no charge to you; however, if you wish to utilize these services, you will need to complete the enrollment process. Enrollment instructions are enclosed with this letter.

**For More Information.** If you have additional questions, you may call our toll-free assistance line at 855-659-0053, Monday through Friday, 9:00 a.m. – 9:00 p.m. Eastern Time (except U.S. holidays). You may also write to DotHouse at 1353 Dorchester Avenue, Dorchester, MA 02122

Sincerely,

DotHouse Health

**STEPS YOU CAN TAKE TO HELP PROTECT PERSONAL INFORMATION**

**Enroll in Monitoring Services**



<<Full Name>>
Enter your Activation Code: <<Activation Code>>
Enrollment Deadline: <<Enrollment Deadline>>
Service Term: <<CM Duration>> months *

**Identity Defense Complete**

Key Features

- 1-Bureau Credit Monitoring
- Monthly Credit Score and Tracker (VantageScore 3.0)
- Real-Time Authentication Alerts
- High-Risk Transaction Monitoring
- Address Change Monitoring
- Dark Web Monitoring
- Wallet Protection
- Security Freeze Assist
- $1 Million Identity Theft Insurance**

To enroll in Identity Defense, visit app.identitydefense.com/enrollment/activate/dothouse

1. Enter your unique Activation Code <<Activation Code>>
   Enter your Activation Code and click 'Redeem Code'.
2. Create Your Account
   Enter your email address, create your password, and click 'Create Account'.
3. Register
   Enter your legal name, home address, phone number, date of birth, Social Security Number, and click 'Complete Account'.
4. Complete Activation
   Click 'Continue to Dashboard' to finish enrolling.

**The deadline to enroll is <<Enrollment Deadline>>.** After <<Enrollment Deadline>>, the enrollment process will close, and your Identity Defense code will no longer be active. **If you do not enroll by <<Enrollment Deadline>>, you will not be able to take advantage of Identity Defense, so please enroll before the deadline.**

If you need assistance with the enrollment process or have questions regarding Identity Defense, please call Identity Defense directly at 1.866.622.9303.

*Service Term begins on the date of enrollment, provided that the enrollment takes place during the approved enrollment period.
**Identity Theft Insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions, and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

**Monitor Your Accounts**

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order a free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. Consumers may also directly contact the three major credit reporting bureaus listed below to request a free copy of their credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a one-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If consumers are the victim of identity theft, they are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should consumers wish to place a fraud alert, please contact any of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in a consumer's name without consent. Consumers should be aware, however, that using a credit freeze to take control over who gets access to the personal and financial information in their credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application they make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, consumers cannot be charged to place or lift a credit freeze on their credit report. To request a credit freeze, individuals may need to provide some or all of the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if they are a victim of identity theft.

Should consumers wish to place a credit freeze or fraud alert, please contact the three major credit reporting bureaus listed below:

| Equifax | Experian | TransUnion |
| --- | --- | --- |
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-799-5355 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

Consumers may further educate themselves regarding identity theft, fraud alerts, credit freezes, and the steps they can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or their state attorney general. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them.

Consumers can obtain further information on how to file such a complaint by way of the contact information listed above. Consumers have the right to file a police report if they ever experience identity theft or fraud. Please note to file a report with law enforcement for identity theft, consumers will likely need to provide some proof that they have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and the relevant state attorney general. This notice has not been delayed by law enforcement.

*For District of Columbia residents*, the District of Columbia Attorney General may be contacted at: 400 6th Street, NW, Washington, D.C. 20001; (202) 442-9828; and oag.dc.gov.

*For Maryland residents*, the Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-410-576-6300 or 1-888-743-0023; and https://www.marylandattorneygeneral.gov/.

*For New Mexico residents*, consumers have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in their credit file has been used against them, the right to know what is in their credit file, the right to ask for their credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to consumers' files is limited; consumers must give consent for credit reports to be provided to employers; consumers may limit "prescreened" offers of credit and insurance based on information in their credit report; and consumers may seek damages from violators. Consumers may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage consumers to review their rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents,* the New York Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.

*For Rhode Island residents*, the Rhode Island Attorney General may be reached at: 150 South Main Street, Providence, RI 02903; www.riag.ri.gov; and 1-401-274-4400. Under Rhode Island law, individuals have the right to obtain any police report filed in regard to this event. Fees may be required to be paid to the consumer reporting agencies. There are approximately <<RI Count>> Rhode Island residents that may be impacted by this event.