— **EXHIBIT B** —



Secure Processing Center
P.O. Box 680
Central Islip, NY 11722-0680

***********AUTO**5-DIGIT 02124
Tiara Thompson

July 14, 2025

Dear Tiara Thompson:

DotHouse Health ("DotHouse") writes to inform you of an event that may have impacted certain information related to you. Although there is no indication of a specific impact to your information nor any identity theft or fraud in relation to this event, we are providing you with information about the event, our response, and resources available to you to help you protect your information, should you feel it appropriate to do so.

**What Happened?** On November 28, 2022, DotHouse became aware that certain computer systems in our environment were exhibiting suspicious activity. We promptly took steps to secure our systems and launched an investigation, with the assistance of cybersecurity specialists, to determine the full nature and scope of the event. We also promptly reported the event to federal law enforcement and governmental regulators. Our investigation determined that an unknown actor gained access to certain systems between October 31, 2022 and November 27, 2022, and appeared to have accessed or downloaded certain files stored on certain computer systems during that time. DotHouse's electronic medical records database was not impacted during the event.

Due to limitations in available evidence, we were not able to identify with specificity what information was impacted. In an abundance of caution, we undertook a review of the potentially involved files to determine what information was contained therein and to whom it related. Given the uncertainty regarding what, if any, files were actually impacted, we are notifying all patients whose information was contained in the systems at the time of the event and could have been affected.

**What Information Was Involved?** The types of information that was present in the systems and may have been impacted during the event varies by individual and could have included: full name, address, date of birth, medical record number, diagnosis/conditions, medications, other treatment information, and claims information. We have no indications any specific patent data was affected, and this letter is being issued in an abundance of caution.

**What We Are Doing.** The privacy and security of information is amongst our highest priorities. Upon identifying the event, we promptly launched an investigation to determine the nature and scope of the event while we worked quickly to secure our systems. Additionally, we reported the event to law enforcement and regulators and cooperated with their investigation. We further enhanced our existing security by implementing additional security measures to reduce the likelihood of a similar event occurring in the future. As an additional precaution, we are offering you access to 24 months of complimentary credit monitoring and identity restoration services through CyEx Identity Defense Complete.

08406