IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIARA THOMPSON on behalf of themselves and all others similarly situated, | : : : | Case No. 1:25-cv-12035 |
| Plaintiff, | : : | |
| v. | : : | |
| DOTHOUSE HEALTH, INC., | : : | |
| Defendant. | : : : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Anthony I. Paronich, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Raina C. Borrelli, member of the bars of the state of Minnesota, to this Court. Ms. Borrelli seeks to appear and practice in this Court as co-counsel for Plaintiff, Tiara Thompson.

In support of this motion, I have attached a sworn certification by Ms. Borrelli that: (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Raina C. Borrelli be admitted to practice before this Court *pro hac vice* for the purpose of representing Plaintiff in this Court in this matter.

Dated: July 19, 2025

          Respectfully submitted,

          PARONICH LAW, P.C.

          */s/ Anthony I. Paronich*
          Anthony I. Paronich
          350 Lincoln Street, Suite 2400
          Hingham, MA 02043
          Telephone: (617) 485-0018
          Email: anthony@paronichlaw.com

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify pursuant to Local Rule 7.1(a)(2) that Plaintiff's counsel conferred with counsel for Defendant by email before filing the foregoing motion. Defendant does not oppose this motion.

/s/ Anthony I. Paronich
Anthony I. Paronich

## CERTIFICATE OF SERVICE

I hereby certify that, on July 18, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

/s/ Anthony I. Paronich
Anthony I. Paronich