**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| TIARA THOMPSON, on behalf of themselves and all others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 1:25-cv-12035 |
| v. | : : | |
| DOTHOUSE HEALTH, INC., | : : | |
| Defendant. | : : : : | |
| _____ | : | |

**CERTIFICATION OF RAINA C. BORRELLI**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Raina C. Borrelli, on oath, depose and state that:

1.      I am an attorney with offices located at 980 N Michigan Ave Suite 1610, Chicago, IL 60611.

2.      I am an active member of the bar in Minnesota. I am admitted to practice and in good standing in the following states and federal jurisdictions:

State Bar of Minnesota, admitted October 28, 2011;

U.S. D.C., District of Minnesota, admitted November 8, 2011;

U.S. D.C., Eastern District of Wisconsin, admitted May 9, 2019;

US.D.C, Northern District of Illinois, admitted December 21, 2021;

U.S.D.C., District of Colorado, admitted February 20,2020

U.S.D.C., Eastern District of Michigan, admitted December 21, 2021;

U.S. Court of Appeals, 10th Circuit, admitted March 4, 2021;

U.S. Court of Appeals, 1st Circuit, admitted November 30, 2022;

U.S. D.C., Central District of Illinois, admitted February 14, 2023;

U.S. Court of Appeals, 7th Circuit, admitted May 26, 2023

U.S. Court of Appeals, 9th Circuit, admitted September 12, 2023, and

U.S. Court of Appeals, 2nd Circuit, admitted December 11, 2024.

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4.      There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5.      I am familiar with the facts and legal issues presented in this case.

6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.      This certification is executed in connection with Plaintiff's Motion for Admission *Pro Hac Vice*, by and through counsel, Anthony I. Paronich, to admit me *pro hac vice* for the purpose of acting as co-counsel for Plaintiff, Tiara Thompson, in connection with this matter.

I certify that the above information is true and correct.

Dated:  July 18, 2025

Respectfully submitted,

**STRAUSS BORRELLI PLLC**

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    raina@straussborrelli.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 18, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*
Anthony I. Paronich