# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| **TIARA THOMPSON**, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**DOTHOUSE HEALTH, INC.,**<br><br>    Defendant. | Case No. 2:25-cv-12035 |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tiara Thompson hereby gives notice that her claims in this action against Defendant DotHouse Health, Inc., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 14, 2025   By: */s/ Anthony I. Paronich*
                 Anthony I. Paronich
                 PARONICH LAW, P.C.
                 350 Lincoln Street, Suite 2400
                 Hingham, MA 02043
                 Telephone: (617) 485-0018
                 anthony@paronichlaw.com

                 *Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Anthony I. Paronich, hereby certify that on September 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 14th day of September, 2025.

        PARONICH LAW, P.C.

By: */s/*
    Anthony I. Paronich
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (617) 485-0018
    anthony@paronichlaw.com